| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER (SBN 161432) |
| | Email: adrienne.publicover@wilsonelser.com |
| 2 | MICHAEL K. BRISBIN (SBN 169495) |
| | Email: michael.brisbin@wilsonelser.com |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
| | **EDELMAN & DICKER LLP** |
| 4 | 525 Market Street, 17th Floor |
| | San Francisco, California 94105 |
| 5 | Telephone:  (415) 433-0990 |
| | Facsimile:   (415) 434-1370 |

Attorneys for Defendant
**PRINCIPAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MOORE, | Case No.: C 08-04204 MHP |
| Plaintiff, | **[PROPOSED] ORDER FOR THE JOINT STIPULATION EXTENDING DEFENDANT PRINCIPAL LIFE INSURANCE COMPANY'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| PRINCIPAL LIFE INSURANCE COMPANY, a corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | Action Filed: August 6, 2008 |
| | Trial Date:   Not Assigned |

**ORDER**

In light of the Joint Stipulation of the Parties to extend, by 30 days, the time for Defendant PRINCIPAL LIFE INSURANCE COMPANY ("PRINCIPAL LIFE") to file a responsive pleading to Plaintiff BRIAN MOORE'S ("MOORE") Complaint, and good cause appearing therefore, the Court hereby orders the deadline for Defendant PRINCIPAL LIFE to file a responsive pleading to Plaintiff MOORE'S Complaint is extended thirty (30) days, up to and including Monday, October 13, 2008.

**IT IS SO ORDERED**.

Dated: September 10, 2008            _____
                                     **HONORABLE MARILYN H. PATEL**
                                     **UNITED STATES DISTRICT JUDGE**

*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

[Proposed] Order for the Joint Stipulation Extending Principal Life's Time to File a
Responsive Pleading
Case No.: C 08-04204 MHP