LAW OFFICES OF
**SAMUEL F. BARNUM**
Samuel F. Barnum [SBN 75767]
4302 Redwood Highway, Suite 100
San Rafael, California  94903
Tel:  (415) 492-9800
Fax: (415) 492-9808

Attorney for Plaintiff Brian Moore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br>a corporation, and Does 1-50, inclusive,<br><br>    Defendants. | Case No.  C 08-04204 MHP<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, the parties to bear their own costs incurred herein.

Dated: March 24, 2009

*Samuel F. Barnum*
Samuel F. Barnum
Attorney for Plaintiff

*Michael K. Brisbin*
Michael K. Brisbin
Wilson, Elser, Moskowitz, Edelman & Dicker
Attorney for Defendant

IT IS SO ORDERED
Judge Marilyn H. Patel

**STIPULATION OF DISMISSAL**